IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3167-D

LARRY BLAKNEY,

    Plaintiff,

v.                               **ORDER**

SAMANTHA MADLER, et al.,

    Defendants.

On August 1, 2025, Larry Blakney ("Blakney" or "plaintiff"), proceeding pro se, filed a complaint under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) [D.E. 1]. Blakney moves to proceed in forma pauperis [D.E. 2]. As explained below, the court dismisses the complaint as frivolous.

Blakney is civilly committed to the custody of the Attorney General and confined at the Federal Medical Center in Butner, North Carolina ("FMC Butner"). See Compl. at 4. Blakney sues two FMC Butner psychologists and alleges that they "use[d] fabricated statements" to secure his commitment. Id. Blakney asks the court to vacate his civil commitment and award him $10 million. See id. at 8. On May 8, 2025, Blakney filed a virtually identical complaint which remains pending. See Compl., Blakney v. Madler, No. 5:25-CT-3109-D (E.D.N.C. May 8, 2025), [D.E. 1].

"Because district courts are not required to entertain duplicative or redundant lawsuits, they may dismiss such suits as frivolous pursuant to [section] 1915(e)." Cottle v. Bell, 229 F.3d 1142, 2000 WL 1144623, at *1 (4th Cir. 2000) (per curiam) (unpublished table decision) (citations

omitted). "Generally, a lawsuit is duplicative of another one if the parties, issues and available relief do not significantly differ between the two." Id.; see I.A. Durbin, Inc. v. Jefferson Nat'l Bank, 793 F.2d 1541, 1551–52 (11th Cir. 1986) (collecting cases). Thus, the court dismisses the complaint as frivolous. The two complaints are virtually identical, and Blakney raises the same claims and seeks the same relief. Compare [D.E. 1]; with Compl., Blakney v. Madler, No. 5:25-CT-3109-D (E.D.N.C. May 8, 2025), [D.E. 1].

In sum, the court DISMISSES the action as frivolous and DENIES plaintiff's application to proceed in forma pauperis [D.E. 2]. The clerk shall close the case.

SO ORDERED. This _8_ day of September, 2025.

JAMES C. DEVER III
United States District Judge